IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHIGAN CATHOLIC CONFERENCE,** *et al.*, | ) ) ) ) Case No.: 1:13-cv-01247 |
| *Plaintiffs*, | ) |
| v. | ) The Honorable Gordon J. Quist ) |
| **KATHLEEN SEBELIUS,** *et al.*, | ) *Electronically Filed* ) |
| *Defendants.* | ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS
PAGES FOR REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs, by and through their undersigned counsel, hereby move with Defendants' consent for leave to file a reply brief in excess of the ten (10) page limit for the following reasons:

1. Plaintiffs seek injunctive relief relating to eight (8) distinct counts in a 235-Paragraph Complaint challenging regulations promulgated by Defendants pursuant to the Patient Protection and Affordable Care Act, Pub. L. No. 111-148, 124 Stat. 119 (2010), that require health plans to offer coverage for abortion-inducing drugs, contraception, sterilization, and related counseling (the "Mandate") and that narrowly define "religious employer" for an exemption from the Mandate.

2. Under this Court's Local Rules of Practice and Procedure, reply briefs are limited to ten pages.  *See* Local Rules of Practice and Procedure 7.2 (a), (c).

3. On December 17, 2013, Plaintiffs corresponded with Defendants and they consented to Plaintiffs seeking leave to file a reply brief of up to thirty-eight (38) pages.

4. Plaintiffs' Reply brief in support of their Motion for Preliminary Injunction (attached hereto as Exhibit 1) will require up to thirty-eight (38) pages because it:

    a. must address Defendants' arguments regarding standing;

    b. must address complex legal arguments involving fundamental rights under the Religious Freedom Restoration Act;

    c. must address complex legal arguments involving fundamental rights under the Free Exercise, Establishment, and Free Speech Clauses of the First Amendment;

    d. must address complex legal arguments involving the Administrative Procedure Act; and

    e. must address why Plaintiffs satisfy the requirements for preliminary injunctive relief.

5. As such, Plaintiffs' aforementioned reply brief will best aid the Court in deciding the relevant issues with up to thirty-eight (38) pages. It is respectfully suggested that the more extensive legal discussion and case citations will assist the Court in adjudicating this matter, and that relaxation of the usual page limit is just and appropriate.

6. No party will be prejudiced by this extension of the page limits, particularly in light of Defendants' consent to this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter the Proposed Order attached to this motion.

Respectfully submitted, this 17th day of December, 2013.

By: */s/ Matthew A. Kairis*
Matthew A. Kairis (OH No. 55502)
JONES DAY
325 John H. McConnell Blvd.
Suite 600
P.O. Box 165017
Columbus, OH  43216
(614) 469-3939

Paula Batt Wilson (0065421)
Jennifer Flannery (0078651)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
(216) 586-3939

Alison M. Kilmartin (PA No. 306422)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
(412) 391-3939

*Counsel for Plaintiffs*

Thomas P. Van Dusen (P30602)
Rebecca D'Arcy O'Reilly (P70645)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI 48226
(313) 259-7777

*Counsel for Michigan Catholic Conference*

Edward J. Bardelli (P53849)
Ian R. Kennedy (P67775)
WARNER NORCROSS & JUDD LLP
259 E. Michigan Ave., Suite 208
Kalamazoo, MI 49007
(269) 552-3411

*Counsel for Catholic Family Services d/b/a Catholic Charities Diocese of Kalamazoo*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2013, I electronically filed the foregoing Plaintiffs' Unopposed Motion for Leave to File Excess Pages for Reply in Support of Motion for Preliminary Injunction with the Clerk of the United States District Court for the Western District of Michigan using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Jacek Pruski (CA Bar No. 277211)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave. N.W.
    Washington, DC 20001
    Tel: (202) 616-2035
    Fax: (202) 616-8470
    Email: jacek.pruski@usdoj.gov

    *Attorney for Defendants*

    /s/ Matthew A. Kairis
    One of the Attorneys for Plaintiffs

COI-1500489