# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHIGAN CATHOLIC CONFERENCE,** *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **ERIC HARGAN,** *et al.*, <br><br> *Defendants.* | Case No.: 1:13-cv-01247 <br><br> The Honorable Gordon J. Quist <br><br> *Electronically Filed* |

## JOINT STIPULATION OF DISMISSAL

The parties hereby give notice that this case is dismissed pursuant to Rule 41(a)(1)(A)(ii).

This stipulation is signed by counsel for all parties who have appeared, and the dismissal is effective without a court order.

| | |
|---|---|
| ETHAN P. DAVIS <br> Deputy Assistant Attorney General <br><br> JOEL McELVAIN <br> Assistant Director, Federal Programs Branch <br><br> */s/ Michelle R. Bennett* <br> MICHELLE R. BENNETT <br> Senior Trial Counsel <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave. NW <br> Washington, DC  20530 <br> Tel: (202) 305-8902 <br> Fax: (202) 616-8470 <br> Email: michelle.bennett@usdoj.gov <br><br> *Counsel for Defendants* | By: */s/ Matthew A. Kairis* <br> Matthew A. Kairis (OH No. 005502) <br> JONES DAY <br> 325 John H. McConnell Blvd. <br> Suite 600 <br> Columbus, OH  43215 <br> T:  (614) 469-3939 <br> Email:  makairis@jonesday.com <br><br> Paula Batt Wilson (OH No. 0065421) <br> JONES DAY <br> North Point <br> 901 Lakeside Avenue <br> Cleveland, OH  44114 <br> T:  (614) 586-3939 <br> Email:  pbwilson@jonesday.com <br><br> *Counsel for Plaintiffs* |

Thomas Van Dusen
BODMAN LLP
201 W. Big Beaver Road, Suite 500
Troy, MI  48084
T:  (248) 743-6000
Email:  tvandusen@bodmanlaw.com

Rebecca D'Arcy O'Reilly
BODMAN LLP
6TH Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
T: (313) 392-1050
Email:  roreilly@bodmanlaw.com

*Counsel for Michigan Catholic Conference*

Ian Robert Kennedy
COOPER MARTIN CHOJNOWSKI PC
259 E. Michigan Avenue, Suite 208
Kalamazoo, MI  49007
T: (269) 552-3411
Email:  ikennedy@wnj.com

*Counsel for Catholic Family Services d/b/a*
*Catholic Charities Diocese of Kalamazoo*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 2, 2017 I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the United States District Court for the Western District of Michigan using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                              */s/ Matthew A. Kairis*
                                              Matthew A. Kairis
                                                  *Counsel for Plaintiffs*